```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF KENTUCKY
                   CENTRAL DIVISION
                    AT LEXINGTON
```

CIVIL ACTION NO. 2014-261 (WOB-CJS)

SANDRA VICE STONE                                         PLAINTIFF

VS.                             <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                           DEFENDANT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #14), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #12) is **denied**; and that defendant's motion for summary judgment (Doc. #13) is **granted**.  A separate Judgment shall enter concurrently herewith.

This 21st day of September, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge